Carroll,
March 7, 1905.

BOSTON & MAINE RAILROAD *v.* BERRY *& a.*

BILL IN EQUITY, to enjoin the defendants from occupying or trespassing upon a tract of land adjoining the plaintiffs' track in Wolfeborough. Upon hearing the bill was dismissed by *Stone, J.,* at the June term, 1904, of the superior court.

*Arthur L. Foote*, for the plaintiffs.

*Oscar L. Young* and *Edwin H. Shannon*, for the defendants.

PARSONS, C. J. As the court found for the defendants, the consideration of their exceptions to the evidence by which the plaintiffs sought, but failed, to maintain their case would serve no useful purpose. No error of law is necessarily involved in the dismissal of the bill upon the evidence reported. None has been pointed out by argument or brief.

*Exceptions overruled.*

All concurred.